## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| PATI SPRINGMEYER, an individual and Nevada Resident, and JOE LOPEZ, an individual and California Resident, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC., a Montgomery County, Maryland Resident,<br><br>    Defendant. | Case No. 8:20-cv-00867-PWG<br><br>Judge Paul W. Grimm |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendant

Marriott International, Inc. asks that the Court enter an order dismissing Plaintiffs' Amended Class

Action Complaint. A brief in support of this motion is submitted herewith.

Dated: August 6, 2020

| | |
|---|---|
| Paul B. Rietema (*pro hac vice*)<br>Jenner & Block LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>Telephone:  (312) 840-7208<br>Facsimile:  (312) 840-7308<br>prietema@jenner.com | /s/ David W. DeBruin<br>David W. DeBruin (Bar No. 07757)<br>Lindsay C. Harrison (*pro hac vice*)<br>Zachary C. Schauf (*pro hac vice*)<br>Jenner & Block LLP<br>1099 New York Ave. NW, Suite 900<br>Washington, DC 20001 |

Telephone:  (202) 639-6865
Facsimile:  (202) 639-6066
ddebruin@jenner.com
lharrison@jenner.com
zschauf@jenner.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, the foregoing, with exhibits thereto, was filed with

the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record

that the document has been filed and is available for viewing and downloading.

/s/ David W. DeBruin
*Attorney for defendant*