**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| **SPRINGMEYER ET AL.** | * | |
| **V.** | * | **Case No. 20-cv-867-PWG** |
| **MARRIOTT INTERNATIONAL, INC.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED ORDER

For the reasons stated in my March 31, 2021 Letter Order, ECF No. 47, it is, this 13th day of April, 2021, hereby ORDERED that my previous Order, ECF No. 45, is AMENDED as follows:

1. Defendant's Motion to Dismiss, ECF No. 40, is GRANTED. Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.

2. This case will remain CLOSED.

/S/
Paul W. Grimm
United States District Judge